44 A.3d 654

Eric R. LINDE, derivatively on behalf
of Linde Enterprises, Inc.,

v.

Scott F. LINDE, Barbara Linde Bold, Lackawanna Land &
Energy Inc., Total Landscaping Inc., Linde International Inc.,
Pocono Consolidated Utilities Inc., Forest City Partnership,
Allen Sorchek, John Piepoli, John Bold, and Linde Enterprises
Inc.

Appeal of Scott F. Linde, Barbara Linde Bold, Linde
Enterprises Inc., and Non–Parties BSL, Linde Corp.
and McGrail Merkel Quinn & Associates.

Supreme Court of Pennsylvania.

Argued May 9, 2012.

Decided May 23, 2012.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENT-
LY GRANTED.**